**UNITED STATES DISTRICT COURT**
**For The District of Connecticut**


*248551*

**AFFIDAVIT OF SERVICE**

Index no : **3:24-cv-00398-RNC**

**Bridgewater Associates, LP**

       Plaintiff(s),

vs.

**Paul Ross**

       Defendant(s).

STATE OF CONNECTICUT
                    ss: East Hartford
HARTFORD COUNTY

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **03/26/2024** at **3:45 PM**, I served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT, APPEARANCE OF COUNSEL, NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, MEMORANDUM OF LAW IN SUPPORT OF PETITIONERS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, DECLARATION OF GREGORY MCVEIGH IN SUPPORT OF PETITIONERS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, EXHIBIT 1, DECLARATION OF PATRICK W. SHEA, [PROPOSED] ORDER, MOTION TO APPEAR PRO HAC VICE, AFFIDAVIT OF VISTING ATTORNEY, LETTERS, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A** on **Paul Ross** at **145 Spring House Road, Fairfield, CT 06824** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Jane Doe, Co-resident,** a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

Comments: **Jane Doe confirmed residencey but would not give her name or relationship.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 40 | 5'5" | 120 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
March 27, 2024
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC

X_____
Eric Rubin
Metro Attorney Service, Inc.
2 Tor Terrace
New City, NY 10956
212-822-1421
Atty File#:

**AMY J. CHANTRY**
**NOTARY PUBLIC**
My Commission Expires Mar. 31, 2028